**Enrique ORTIZ, Plaintiff-Appellant,**

v.

**COLE, Avenal State Prison Correction Officer, Defendant-Appellee.**

**No. 15-17555**

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 26, 2017

Enrique Ortiz, Pro Se

Justin Walker, Deputy Attorney General, AGCA-Office of the California Attorney General, Sacramento, CA, for Defendant-Appellee

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Enrique Ortiz, a former California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging excessive force. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's summary judgment for failure to exhaust administrative remedies. *Williams v. Paramo*, 775 F.3d 1182, 1191 (9th Cir. 2015). We affirm.

The district court properly granted summary judgment because Ortiz failed to raise a genuine dispute of material fact as to whether he properly exhausted his administrative remedies. *See Ross v. Blake*, —— U.S. ——, 136 S.Ct. 1850, 1856, 195 L.Ed.2d 117 (2016) (exhaustion under the Prison Litigation Reform Act is mandatory).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.